**IN RE: John F. CURRAN, III, Petitioner.**

**No. 17-1973**

United States Court of Appeals, Fourth Circuit.

Submitted: November 6, 2017

Decided: November 14, 2017

John F. Curran, III, Petitioner Pro Se.

Before MOTZ, KING, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John F. Curran, III, petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 18 U.S.C. § 3582(c)(2) (2012) motion. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented

282

in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*